ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jonathan Michael Price                        Docket No. 4:22-CR-27-1BO

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jonathan Michael Price, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 18th day of July, 2022.

The defendant appeared before U.S. District Judge Terrence W. Boyle for arraignment on the 4th day of April, 2023, wherein the defendant entered a plea of guilty, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was released to pretrial supervision on July 18, 2022, and since that time, the defendant has not violated the conditions of release. The defendant completed a course of inpatient treatment for substance abuse at the Malachi House in Greensboro, North Carolina. Upon returning home, he has remained gainfully employed and tested negative for controlled substances. Additionally, there have been no violations of the location monitoring condition. In that the defendant has remained in compliance with the home detention with GPS condition of release for 15 months without any violations, the probation officer respectfully recommends the home detention with electronic monitoring condition of release be stricken. Contact with defense counsel indicated no objections to the modification. The government has not provided a response to the probation officer's request regarding the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that the condition of release requiring the defendant to participate in the home detention program with GPS monitoring be STRICKEN.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.                              /s/ Shawn M. Lyon
C. Lee Meeks, Jr.                                  Shawn M. Lyon
Supervising U.S. Probation Officer             U.S. Probation Officer
                                                          200 Williamsburg Pkwy, Unit 2
                                                          Jacksonville, NC 28546-6762
                                                          Phone: 910-467-5110
                                                          Executed On: October 2, 2023

Jonathan Michael Price
Docket No. 4:22-CR-27-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the __2__ day of __Oct.__, 2023, and ordered filed and made part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge